UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**CHANG LEE,**

Plaintiff,

v.

**SYMBOL TECHNOLOGIES, INC., and MILWAUKEE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**

Defendants.

Civil No. 04-1184 (JNE/JGL)

**O R D E R**

---

APPEARANCES

Chang Lee, Plaintiff, pro se

---

Based upon the Report and Recommendation by Chief United States Magistrate Judge Jonathan Lebedoff dated April 21, 2005, all the files, records and proceedings herein, and no objections having been filed to that Report and Recommendation,

**IT IS HEREBY ORDERED** that Plaintiff's entire action is **DISMISSED**.

Dated: May 17, 2005

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Court